IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Case |
| | ) | |
| **Antoinette Akkari,** | ) | Case No. **16-33758** |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

## NOTICE OF MOTION

TO: See attached list

     PLEASE TAKE NOTICE that on **Monday, February 1, 2021** at **9:30 AM**, I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in his place, and present the United States Trustee's **Motion for Order Reopening Chapter 7 Case Pursuant to 11 U.S.C. § 350(B) and Rule 5010 of the Federal Rules of Bankruptcy Procedure and for Authorization to Appoint a Chapter 7 Trustee and Reassigning Case**, a copy of which is attached.

     **This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

     **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

     **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

     **Meeting ID and password**. The meeting ID for this hearing is **161 500 0972** and the password is **726993**. The meeting ID and password can also be found on the judge's page on the court's web site.

     **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                                */s/ Adam G. Brief*
                                              Adam G. Brief, Assistant U.S. Trustee
                                              OFFICE OF THE U.S. TRUSTEE
                                              219 S. Dearborn Street
                                              Chicago, IL  60604
                                              adam.brief@usdoj.gov
                                              (202) 503-7104

## CERTIFICATE OF SERVICE

I, Adam G. Brief, Assistant U.S. Trustee, certify that I served a copy of the **Notice of Motion and Motion for Order Reopening Chapter 7 Case Pursuant to 11 U.S.C. § 350(B) and Rule 5010 of the Federal Rules of Bankruptcy Procedure and for Authorization to Appoint a Chapter 7 Trustee and Reassigning Case** to be served on each entity shown on the attached list at the address shown and by the method indicated on the list on January 25, 2021 at 5:00 PM.

/s/ *Adam G. Brief*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants:**

Richard M. Fogel     rfogel@shawfishman.com
Cory Oshita     ceo.law@gmail.com

**Parties Served via First Class Mail:**

ANTOINETTE AKKARI
5108 N LONG AVE # 1
CHICAGO, IL 60630-2232

PRA RECEIVABLES MANAGEMENT, LLC
PO BOX 41021
NORFOLK, VA 23541

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Case |
| | ) | |
| **Antoinette Akkari,** | ) | Case No. **16-33758** |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

**MOTION FOR ORDER REOPENING CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 350(b) AND RULE 5010 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND FOR AUTHORIZATION TO APPOINT A CHAPTER 7 TRUSTEE AND REASSIGNING CASE**

Patrick S. Layng, the United States Trustee for the Northern District of Illinois ("U.S. Trustee"), by and through the Assistant U.S. Trustee, Adam G. Brief, hereby requests entry of an order reopening this case pursuant to Section 350(b) of the Bankruptcy Code and Bankruptcy Rule 5010, for authorization to appoint a chapter 7 trustee and reassigning case. In support of his motion, the U.S. Trustee respectfully states as follows:

**JURISDICTION**

1. The Court has jurisdiction to hear and determine this proceeding under 28 U.S.C. § 157(b)(2) and IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. Movant is the U.S. Trustee for the Northern District of Illinois and is charged with supervising the administration of bankruptcy cases under 28 U.S.C. § 586(a). The U.S. Trustee has standing to bring this Motion under 11 U.S.C. § 307.

1

## BACKGROUND

3. Antoinette Akkari commenced this case by filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on October 22, 2016.

4. Richard M. Fogel was appointed and served as the chapter 7 trustee ("Chapter 7 Trustee"). On November 16, 2016, the Chapter 7 Trustee filed a No Asset Report. [Doc.16] Subsequently, the Court entered an order discharging the Chapter 7 Trustee and closing this bankruptcy case.

5. More recently, the U.S. Trustee received notification that Ms. Akkari has a lawsuit concerning a prepetition claim.

6. Upon information and belief, the U.S. Trustee believes that the proceeds from this lawsuit may be property of the estate pursuant to 11 U.S.C. § 541(a).

## RELIEF REQUESTED

7. The U.S. Trustee requests that the Court reopen this bankruptcy case and authorize the U.S. Trustee to appoint a chapter 7 trustee.

8. Section 350 of the Bankruptcy Code provides that:

   (a) After an estate is fully administered and the court has discharged the trustee, the court shall close the case.

   (b) A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause.

Rule 5010 of the Federal Rules of Bankruptcy Procedure implements Section 350(b).

9. Based on the foregoing, the U.S. Trustee requests that the Court reopen this bankruptcy case and authorize the U.S. Trustee to appoint a chapter 7 trustee to further investigate and determine whether assets are available for creditors and for any other action the chapter 7 trustee deems necessary.

10. Given that this case was originally assigned to Judge Pamela S. Hollis, the U.S. Trustee requests that this case be reassigned to another Cook County judge, pursuant to Local Rules 1073-1 and 1073-3(B).

**WHEREFORE,** the U.S. Trustee respectfully asks the Court to enter an order: (1) reopening this case; (2) authorizing the U.S. Trustee to appoint a chapter 7 trustee to represent the estate; and (3) reassigning this case to a Cook County bankruptcy judge and for such other and further relief as this Court deems appropriate.

RESPECTFULLY SUBMITTED,
PATRICK S. LAYNG
UNITED STATES TRUSTEE

Dated: January 25, 2021          */s/ Adam G. Brief*
Adam G. Brief, Assistant U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn Street
Chicago, IL  60604
adam.brief@usdoj.gov
(202) 503-7104

3