

# THE SALEM LAW FIRM
### *A PROFESSIONAL LAW CORPORATION*

2001 WILSHIRE BOULEVARD, SUITE 305
SANTA MONICA, CA 90403

## CONTINGENCY FEE AGREEMENT

THIS IS AN AGREEMENT BETWEEN Antoinette Akkari, hereafter referred to as "Client" and THE SALEM LAW FIRM, APLC., hereafter referred to as "Attorney."

Claims Covered by Agreement: Client retains Attorney to represent Client in regards to her personal injury related claims or torts against Boston Market #166 at 101 W. Ogden Avenue, Westmont, IL 60559, and possibly other defendants as Attorney deems appropriate.

1. <u>Services to be Performed by Attorney:</u> Attorney agrees to perform the following legal services, if necessary, with respect to the claim described above:

- Investigate claim;
- Determine responsible parties;
- Negotiate settlement;
- Prepare and file lawsuit; and
- Prosecute lawsuit to judgment in an appropriate trial court or arbitration.

In performing these services, Attorney is authorized to associate or employ, at Attorneys own expense, other counsel or other persons to assist in performing the services required by this Agreement, including to appear on Client's behalf in any proceeding or lawsuit. Any costs incurred by co-counsel on behalf of Client are billed to Client and Client agrees to pay for such costs.

2. <u>Services Not Covered by this Agreement:</u> Further, services covered by this Agreement will terminate when all matters are concluded at the trial court or arbitration. If additional services are necessary in connection with Client's claim, and Client requests Attorney to perform such services, additional fee arrangements must be made between Attorney and Client The following are examples of additional services which may be required:

- If the judgment obtained is not in Client's favor, or the amount of the judgment is unsatisfactory to the Client, and Client wishes to appeal or seek a different judgment;
- If the judgment obtained is in Client's favor, and an opposition party appeals from the judgment;

- If a retrial is ordered after a motion for new trial or mistrial, or the judgment on appeal is reversed; or
- If proceedings are required to enforce the judgment.

Further, Client acknowledges that Attorney's services do not include matters related to any pending or ongoing workers' compensation claims, claims regarding disability, unemployment, or retirement benefits, bankruptcy, Union or NLRB claims, and any area of law that Attorney does not practice.

3.   Disclaimer of Guarantee: Client acknowledges that although Attorney may express an opinion of the case, Attorney has made no guarantee as to the outcome, time frame or amounts recoverable in connection with Client's claim.

4    Best Efforts:  Both Attorney and Client will use their best efforts in furthering the purposes of the Agreement. Client will cooperate with Attorney in providing information or documents necessary to provide services pursuant to this Agreement.

5.   Litigation Costs and Expenses: Attorney is authorized to incur reasonable costs and expenses in performing legal services under this Agreement. Client agrees to pay for such costs and expenses in addition to the contingency fee discussed below.

6.   Particular costs and expenses: The following are examples of costs and expenses which may be necessary in the case, although not limited to the following:
- court filing fees
- process serving fees
- fees to private investigators
- fees to photographers or graphic artists
- fees to experts for consultation and/or for appearance at deposition or trial
- fees for obtaining attendance of witnesses at deposition or trial
- fees to court reporters for taking deposition or for copies of transcripts or disks
- jury fees
- mail, messenger and other delivery charges
- parking
- local travel at .30/mile
- transportation, meals, lodging and all other costs of necessary out-of-town travel
- photocopying (in office) at .35/page
- faxes
- computerized legal research
- long distance calls
- mediation fees

Advancement on costs: Attorney may advance any or all such costs and expenses on Client's behalf, in which event Client agrees to reimburse Attorney upon demand, regardless of the status or outcome of the litigation. If a settlement is reached, then the costs shall be paid from settlement of the claim before any funds are disbursed to Client. If no settlement is reached and Client prevails at trial, then the costs shall be paid upon funds received in execution of judgment before any funds are disbursed to Client. If no settlement is reached and Client does not prevail at trial, then the costs shall be paid by Client within sixty (60) days after

the adverse judgment is entered against Client. If no settlement is reached and either Attorney or Client chooses not to proceed to trial, then the costs shall be paid by Client within sixty (60) days after such decision is made.

Costs/Fees incurred by Defendant(s): Client acknowledges that he/she has been advised that, if he/she does not prevail in this lawsuit, then he/she may become required to reimburse the defendants) against whom the lawsuit fi filed, for the costs incurred by said defendant(s) in the defense of this lawsuit. In some limited circumstances. Client may also become required to pay the legal fees incurred by said defendant(s) in the defense of this lawsuit.

7. Contingency Fee to Attorney: Client acknowledges that he has been advised by Attorney and is aware that contingency fee arrangements are not set by law, and that a contingency fee between Attorney and Client is negotiable.

Bearing in mind that the contingency fee is negotiable, Client agrees that the following fee arrangement is fair and reasonable, and to pay Attorney the following amount:

(i) If the matter is settled at any time prior to filing a civil lawsuit in civil court, an amount equal to thirty-three and a third percent (33.3%) of any gross recovery obtained.
(ii) If the matter is settled at a mediation or settlement conference or after filing or opposing a Motion for Summary Judgment/Summary Adjudication or after designating experts an amount equal to forty percent (40%) of any gross recovery obtained.

(a) Costs and expenses as affecting contingency fee: Costs and expenses paid in connection with Client's claim shall be reimbursed by Client, after the contingency fee is computed. (For example, if the claim is settled for $ 1,000, Attorney's contingency fee is 25%, and $100 has been expended for litigation costs, the net recovery to client is $650; $1,000 less $250 less $100).

(b) Form of recovery as affecting contingency fee: If the recovery consists of payments to be made over a period of time, or other property not entirely cash or cash equivalent, the contingency fee shall be based on the present value of the recovery as determined by generally recognized accounting and appraisal standards. (For example, if the recovery consists of $1,000 payable at $100/year over 10 years, its present cash value may be approximately $380, depending on prevailing interest rates.) The contingency fee shall be paid out of the first funds or property received by Client.

(c) Sanctions awards not part of recovery: Monetary sanctions awarded to Attorney during the course of this litigation shall not be considered part of Client's recovery in this action. Such sanctions shall be deemed compensation to counsel for extraordinary time and effort expended as a result of an opposing party's bad faith conduct or failure to comply with discovery demands, court orders or similar obligations. But if the sanctions award included a cost item (such as the filing fee for making a motion), the amount thereof shall be credited to Client's costs account when received by Attorney.

Attorney's hourly rate is Four Hundred Seventy-Five Dollars (S475) for partner time; Associate Attorneys' hourly rate is Three Hundred Seventy-Five Dollars ($375) per hour, and Paralegal's hourly rate is $185.00 per hour and secretarial time is Eighty-Five Dollars ($85.00) per hour.

8.  <u>Settlement Distribution:</u> The distribution of any settlement due to Client is subject to any and all restrictions as maybe imposed by Attorney's financial institution.

Client authorizes Attorney to negotiate any instruments (i.e., endorse settlement checks) received in settlement of the litigation and to deposit them into trust and disburse them in accordance with the terms of this contingency retainer agreement.

9.  <u>Attorney's Lien:</u> To secure payment to Attorney of all sums due for services rendered or costs advanced, Client hereby grants Attorney a lien on Client's claim and any cause of action or lawsuit filed thereon to secure payment to Attorney of all sums due under this Agreement for services rendered at the applicable billing rate incurred, plus other applicable hourly rales and costs advanced.

10. <u>Arbitration of Disputes:</u> If a dispute arises between Client and Attorney regarding costs, fees or services in connection with this agreement, (he dispute shall be submitted to binding arbitration through Judicial Arbitration and Mediation services (JAMS). This includes any claim against Attorney for breach of contract, negligence, breach of fiduciary duty or other wrongdoing.

Client also agrees that, should it become necessary for Attorney to file suit or arbitrate for collection of any attorney's fees or costs due under this Agreement, Client shall be responsible for payment of attorney's fees as well as costs expended for the collection of such obligation, together with 1.5% interest per month in the unpaid balance in default.

Such arbitration shall be conducted in accordance with the rules of the American Arbitration Association. The arbitrator shall have the discretion to order the losing party in the arbitration proceeding to reimburse the prevailing party for all costs and fees incurred in connection with the arbitration, including attorney's fees and the arbitrator's fee.

YOUR INITALS BELOW SIGNIFY ACKNOWLEDGMENT OF THIS EXPLANATION

You acknowledge that I have explained to you that such binding arbitration may deprive you of various rights that you otherwise might have in a legal action, including without limitation the right to a jury trial, the right to appeal, and full discovery rights.

*AA* ___ Client's Initials

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

11.     **Disclosure re Errors and Omissions Insurance:** Attorney maintains errors and omissions insurance covering the services to be rendered under this Agreement.

12.     **Effect of Discharge by Client:** Client shall have the right to discharge Attorney at any time upon written notice to Attorney. Should Client unilaterally decide to terminate Attorney's serviced during the course of investigation and/or litigation, Client will become immediately responsible for all costs incurred and attorney lime at the rates indicated in paragraph 7(d) of this Agreement for all legal services performed prior to such discharge.

13.     **Withdrawal of Attorney from Case:** Attorney has the right to withdraw from representing Client in this action if:

   a.  Client will not accept the reasonable recommendation of Attorney as to settlement;
   b.  Client does not pay when billed;
   c.  New facts or new laws are discovered which renders Client's chances of recovery to be remote;
   d.  Client fails to honor the terms and conditions of this agreement, or for any reason as permitted or required under the California Rules of Professional Conduct for Attorneys, or any other applicable laws or regulations;
   e.  Client fails to communicate or cooperate with Attorney in providing information on documents necessary for Attorney to advocate Client's claims; or
   f.  Client in the Attorney's opinion misrepresents or conceals any facts or information which, in the Attorney's sole discretion and opinion are important lo the overall complexion and handling of the Client's case, or if the Client deceives the Attorney in any way, or engages in acts or omissions which are in the Attorney's opinion immoral, unethical, improper or illegal, or has engages in any conduct undertaken in bad faith with respect to the Attorney, the case or applicable laws and/or regulations.

If Attorney is required to withdraw from representing Client, Client will become immediately responsible for all costs incurred and attorney time at the applicable rate per hour set forth herein for legal services performed prior to such withdrawal, plus other applicable hourly rates.

In the event that Attorney is required to withdraw, Client agrees to execute a Substitution of Attorney at Attorney's request. If Client refuses or fails to execute a Substitution of Attorney form upon request of Attorney, Client agrees to pay any and all fees and costs related to the filing of a motion to withdraw as counsel.

14. **Records:** By way of this Agreement, the Client agrees that the Attorney may destroy any and all records maintained by the attorney 24 mouths alter the resolution of the case.

15. **Recommendation to Seek Tax Advise Regarding Settlement or Awards:** Neither Attorney nor any of her staff and other attorneys are tax experts. There may be lax implications connected to any settlement or award received in your case. You should immediately seek lax advise regarding any tax liabilities that may apply in a settlement or award so that you can make an informed decision on settlements and whether you intend to proceed with litigation.

16. **No Modifications:** This Agreement cannot be modified unless agreement to the modifications is acknowledged in writing and effectuated by the signature and/or initials of both Client and Attorney, specifically. No oral modifications are effective.

17. **Client's Receipt of Agreement and Knowledge of Terms:** Client acknowledges that he has read and fully understands and evaluated all of the terms and conditions of (his Agreement before signing it, and has received a copy of this Agreement upon execution thereof.

**CLIENT**

BY: _[signature]_
Signature

Date: _March 16, 2016_

Address:

5009 W. Ainslie
Chicago, IL 60630

773-983-7964
_____
Home phone number

773-983-7964
_____
Cell phone number

**ATTORNEY**

BY: _[signature]_
Signature

Date: _3/16/2016_

The Salem Law Firm, APLC.
2001 Wilshire Blvd., Suite 305
Santa Monica, CA 90403
Telephone: 310-828-7882
Fax: 310-828-7434

Page 6 of 6