## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Chapter 7 |
| | ) | |
| **Antoinette Akkari,** | ) | Case No. 16-33758 |
| | ) | |
| | ) | Honorable David D. Cleary |
| **Debtor.** | ) | |

## VERIFIED STATEMENT OF EDMOND E. SALEM

Edmond E. Salem, in support of the *Trustee's Application to Retain Edmond E. Salem as Special Counsel* (the "Application"),[1] states as follows:

1. I am an attorney, licensed to practice in the States of California and Illinois.

2. I am the managing member of the law firm of The Salem Law Firm, APLC (the "Firm"), located at 1990 S. Bundy Drive, Suite 540, Los Angeles, CA 90025. In that capacity, I am authorized to submit this affidavit in support of the Trustee's application to me and the Firm as special counsel in the chapter 7 case of Antoinette Akkari (the "Debtor").

3. The Firm has conducted an internal conflicts check, using the information available in the Debtor's bankruptcy petition and on the Case docket. To the best of my knowledge at this time, neither I nor any member of the Firm holds or represents an interest adverse to the interests of the Trustee, the Estate or its creditors.

4. I am the Debtor's son-in-law. Neither I nor the Firm have any other business, professional or other relationship with the Debtor, her creditors, any party in interest except for our current representation of the Debtor in connection with the Debtor's Claim.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

LEGAL\50921760\1

5. I believe that I and the Firm are disinterested persons, as that term is defined by 11 U.S.C. § 101(14), and are eligible to be employed by the Trustee.

6. The Firm and I understand that any settlement of the Debtor's Claim and all compensation for services rendered and reimbursement for all expenses incurred in connection with the Debtor's Claim shall be paid only from property of the Debtor's Estate upon appropriate application, notice, hearing and order of Court.

7. The Firm and I have not entered into any agreement to share such compensation as it may be awarded herein except as permitted under 11 U.S.C. § 504(b).

8. I state under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: February 10, 2021

_____
Edmond E. Salem

LEGAL\50921760\1