UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-33758 |
| | ) | |
| Antoinette Akkari, | ) | Chapter: 7 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Revised Order Granting Application to Employ Special Counsel**

THIS MATTER BEING HEARD on the Trustee's application for authority to employ Edmond E. Salem and The Salem Law Firm, APLC (collectively, "Salem") as his special counsel for the estate of Antoinette Akkari (the "Application") and the Court being duly advised:

IT IS HEREBY ORDERED that:

1. The Trustee is authorized to employ Salem as his special counsel on a contingency fee basis pursuant to 11 U.S.C. Section 327(e), as set forth in the Application.

2. Compensation for services rendered and reimbursement of expenses incurred shall be subject to further order of this Court.

3. Notice of the Application is deemed to be adequate under the circumstances.

Enter: *[signature]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  February 24, 2021

**Prepared by:**

Richard M. Fogel (3127114)
Cozen O'Connor
123 N. Wacker Drive
Suite 1800
Chicago, IL  60606
(312) 474-4452