**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 16-33758  
**Case Name:** AKKARI, ANTOINETTE  

**For Period Ending:** 03/31/2022

**Trustee Name:** (330720) Richard M. Fogel  
**Date Filed (f) or Converted (c):** 10/22/2016 (f)  
**§ 341(a) Meeting Date:** 11/15/2016  
**Claims Bar Date:** 05/07/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | HOUSEHOLD GOODS AND FURNISHINGS<br>Livingroom furnishings- EXEMPT | 500.00 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS AND FURNISHINGS<br>2 Bedroom Sets- EXEMPT | 200.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS<br>Dining room Set- EXEMPT | 200.00 | 0.00 | | 0.00 | FA |
| 4 | CLOTHES<br>Normal Clothing for debtor- EXEMPT | 500.00 | 0.00 | | 0.00 | FA |
| 5 | DEPOSITS OF MONEY<br>Checking Account at Chase Bank- EXEMPT | 400.00 | 0.00 | | 0.00 | FA |
| 6 | RETIREMENT OR PENSION ACCOUNTS<br>Pension through employer- EXEMPT | 12,000.00 | 0.00 | | 0.00 | FA |
| 7 | CLAIMS AGAINST THIRD PARTIES (u) (u)<br>Unscheduled personal injury claim against Boston Market.  Set for trial 4/18/22. | 0.00 | Unknown | | 0.00 | Unknown |
| 7 | **Assets Totals (Excluding unknown values)** | **$13,800.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

03/31/2022- Trial scheduled for 4/18/22.

03/31/2021- Case was reopened on 2/1/21 to administer unscheduled pre-petition personal injury claim. Trustee was authorized on 2/24/21 to employ special counsel.  Expected trial date in August 2022.

**Initial Projected Date Of Final Report (TFR):** 06/30/2022       **Current Projected Date Of Final Report (TFR):** 06/30/2023